UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

STANLEY H. And SIMONE JOY RICHMOND,

            Plaintiff,

vs.

DORIS E. PRYOR,

           Defendant.

C06-1483 RSL

**MINUTE ORDER**

**REASSIGNING CASE**

      Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Robert S. Lasnik, United States District Judge.

      All future documents filed in this case must bear the cause number C06-1483 RSL and bear the Judge's name in the upper right hand corner of the document.

Dated this 17th day of October, 2006

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
       Peter H. Voelker, Deputy Clerk